[No. 45926-4-II.   Division Two.   June 4, 2015.]

STANGEL FAMILY TRUST, *Appellant*, v. ELLEN MARIE STANGEL, *Respondent*.

*Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 46008-4-II.   Division Two.   June 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL MICHAEL PIERRE, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.

[No. 46017-3-II.   Division Two.   June 4, 2015.]

CORTNEY R. BLACK, *Respondent*, v. COMCAST CORPORATION ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.

[No. 46433-1-II.   Division Two.   June 4, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLANDO C. ALEXANDER, *Appellant*.

*Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.